UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
MAHRU, RUTH                           §    Case No. 09-36058
                                      §
            Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF THE U.S. BANKR. CT
          219 S. DEARBORN STREET
          7TH FLOOR
          CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/08/2013 in Courtroom 680,
          United States Courthouse
          219 S. Dearborn Street
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/15/2013          By: /s/ Andrew J. Maxwell
                                                                  Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
MAHRU, RUTH § Case No. 09-36058
 §
    Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 24,264.22 |
| and approved disbursements of | $ | 606.46 |
| leaving a balance on hand of[1] | $ | 23,657.76 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 3,176.42 | $ 0.00 | $ 3,176.42 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP | $ 11,697.05 | $ 0.00 | $ 11,697.05 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 60.17 | $ 60.17 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 14,873.47 |
| Remaining Balance | | $ | 8,784.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,202,232.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Accelerated Rehab Centers | $ 366.67 | $ 0.00 | $ 1.01 |
| 000002 | Rockford Mercantile Agency Inc | $ 1,308.80 | $ 0.00 | $ 3.59 |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 51.66 | $ 0.00 | $ 0.14 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 441.28 | $ 0.00 | $ 1.21 |
| 000005 | SREI Miami, LLC | $ 3,200,064.35 | $ 0.00 | $ 8,778.34 |

Total to be paid to timely general unsecured creditors      $ 8,784.29

Remaining Balance      $ 0.00

ALL DISTRIBUTIONS LESS THAN $5.00 WILL BE DEPOSITED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT.

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                  Case No. 09-36058-JPC
Ruth Mahru                                                              Chapter 7
        Debtor              CERTIFICATE OF NOTICE
District/off: 0752-1           User: wepps                 Page 1 of 3                  Date Rcvd: Jul 16, 2013
                               Form ID: pdf006             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2013.
db           #+Ruth Mahru,    246 Franklin,    Glencoe, IL 60022-1214
14508518     +Academic Counseling Service,     1800 Sherman Ave., Suite 203,     Evanston, IL 60201-3785
14508519      Accelerated Rehab Centers,     2396 Momentum Place,     Chicago, IL 60689-5323
14508520     +Bayside Marin,    718 Fourth Street,    San Rafael, CA 94901-3213
14692902     +Bayside Marin,    c/o CMRE Financial Services, Inc.,     3075 E. Imperial Hwy #200,
               Brea, CA 92821-6753
14508521     +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14508522     +Charter One Bank,    P.O. Box 42002,    Providence, RI 02940-2002
14508523     +Charter One Bank,    71 South Wacker Drive,    Chicago, IL 60606-4666
14508524     +Charter One Bank,    c/o Jerrold M. Peven, Esq.,     Dykema,   10 S. Wacker Drive, #2300,
               Chicago, IL 60606-7439
14508525     +Duke University Medical Center,     804 W. Trinity Avenue,     Durham, NC 27701-1826
14692908     +Evanston Northwestern Hospital,     ENH VNA Home Services,    c/o Rockford Mercantile Agency, Inc.,
               2502 S. Alpine Road,    Rockford, IL 61108-7813
14692909     +Foot & Ankle Treatment Center,     2050 Pfingsten Road, Suite 190,     Glenview, IL 60026-1377
14508526      Internal Revenue Service,    D. Patrick Mullarkey,    Tax Division (DOJ),
               Ben Franklin Station, DC 20044
14508527     +Lake City Cleaners,    831 Emerson Street,    Evanston, IL 60201-3822
14508528     +Landscaping by Katsumi,    P. O. Box 156,    Lincolnshire, IL 60069-0156
14508529     +Lisa Weinstein, Landlord,    1909 W. Belmont Avenue,     Chicago, IL 60657-2024
14508530     +Loyola University,    6525 North Sheridan Road,    Chicago, IL 60626-5385
14508531     +McElroy Furs,    966 North Shore Drive,    Lake Bluff, IL 60044-2202
14692916     +Midwest Palliative & Hospice,     2050 Claire Court,     Glenview, IL 60025-7635
14508532     +National City Bank,    c/o Ekl Williams, Esq.,    Ekl Williams, PLLC,     901 Warrenville, #175,
               Lisle, IL 60532-4379
14692918      North Shore University Health System,     23056 Network Place,    Chicago, IL 60673-1230
14692919     +Northshore University,    System Medical Group,    9532 Eagle Way,    Chicago, IL 60678-1095
14508533     +Ocean Blue Trustee,    Drew Dillworth, Esq.,    Stearns Weaver Miller Weissler,
               150 W. Flagler Street, Ste. 2200,    Miami, FL 33130-1545
16107290     +Rockford Mercantile Agency Inc,     2502 South Alpine Road,     Rockford Illinois 61108-7813
14692923     +SREI Miami, LLC,    c/o Bruce M. Friedman,    Harrison & Held, LLP,    333 W. Wacker Drive,
               Chicago, IL 60606-1247
14508535     +SREI Miami, LLC,    Jonathan D. Rosen Esq,    Pokorny & Marks, LLC,    6 W. Hubbard St., Suite 700,
               Chicago, IL 60654-4616
14508534      Shell Credit Card,    P.O. Box 689151,    Des Moines, IA 50368-9151
14692924     +Van Ru Credit Corporation,    1350 E. Touhy Avenue,    Suite 300E,    Des Plaines, IL 60018-3342
14508536      Vermont Academy,    P. O. Box 500,    Saxtons River, VT 05154-0500
14508537     +Whole Foods,    3241 N. Lincoln Avenue,    Chicago, IL 60657-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16129429     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 17 2013 01:30:06
               PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
14692922     +E-mail/Text: carol.madison@smithnephew.com Jul 17 2013 01:34:19        Smith & Nephew,
               1450 Brooks Road,    Memphis, TN 38116-1892
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14692898*    +Academic Counseling Service,    1800 Sherman Ave., Suite 203,    Evanston, IL 60201-3785
14692899*     Accelerated Rehab Centers,    2396 Momentum Place,    Chicago, IL 60689-5323
14692900*     Accelerated Rehab Centers, Ltd.,    2396 Momentum Place,    Chicago, IL 60689-5323
14692901*    +Bayside Marin,    718 Fourth Street,    San Rafael, CA 94901-3213
14692903*    +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14692905*    +Charter One Bank,    P.O. Box 42002,    Providence, RI 02940-2002
14692906*    +Charter One Bank,    71 South Wacker Drive,    Chicago, IL 60606-4666
14692904*    +Charter One Bank,    c/o Jerrold M. Peven, Esq.,    Dykema,   10 S. Wacker Drive, #2300,
               Chicago, IL 60606-7439
14692907*    +Duke University Medical Center,    804 W. Trinity Avenue,     Durham, NC 27701-1826
14692910*     Internal Revenue Service,    D. Patrick Mullarkey,    Tax Division (DOJ),
               Ben Franklin Station, DC 20044
14692911*    +Lake City Cleaners,    831 Emerson Street,    Evanston, IL 60201-3822
14692912*    +Landscaping by Katsumi,    P. O. Box 156,    Lincolnshire, IL 60069-0156
14692913*    +Lisa Weinstein, Landlord,    1909 W. Belmont Avenue,    Chicago, IL 60657-2024
14692914*    +Loyola University,    6525 North Sheridan Road,    Chicago, IL 60626-5385
14692915*    +McElroy Furs,    966 North Shore Drive,    Lake Bluff, IL 60044-2202
14692917*    +National City Bank,    c/o Ekl Williams, Esq.,    Ekl Williams, PLLC,    901 Warrenville, #175,
               Lisle, IL 60532-4379
14692920*    +Ocean Blue Trustee,    Drew Dillworth, Esq.,    Stearns Weaver Miller Weissler,
               150 W. Flagler Street, Ste. 2200,    Miami, FL 33130-1545
14692921*     Shell Credit Card,    P.O. Box 689151,    Des Moines, IA 50368-9151
14692925*     Vermont Academy,    P. O. Box 500,    Saxtons River, VT 05154-0500
14692926*    +Whole Foods,    3241 N. Lincoln Avenue,    Chicago, IL 60657-1110
                                                                                      TOTALS: 0, * 20, ## 0
```

```
District/off: 0752-1          User: wepps              Page 2 of 3           Date Rcvd: Jul 16, 2013
                              Form ID: pdf006          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2013**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: wepps                 Page 3 of 3                  Date Rcvd: Jul 16, 2013
                               Form ID: pdf006             Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2013 at the address(es) listed below:

          Alexander D Kerr, Jr    on behalf of Debtor Ruth  Mahru akerr@tishlerandwald.com,
           bmurzanski@tishlerandwald.com
          Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
           llandpotts.com;vbarad@maxwellandpotts.com
          Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
          Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com,
           preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
           naelipas@maxwellandpotts.com
          Marissa B Saltzman    on behalf of Creditor   SREI-MIAMI, LLC msaltzman@pokornymarks.com,
           ccakora@pokornymarks.com
          Nicole A Elipas    on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com,
           maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwell
           andpotts.com
          Patrick J. Williams    on behalf of Creditor   National City Bank pwilliams@eklwilliams.com,
           troman@eklwilliams.com;ddyonkee@eklwilliams.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com,
           maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com,
           cjcapo@maxwellandpotts.com

                                                                                   TOTAL: 9